# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| JODY MARIE LUTZ,<br>*Plaintiff*<br>v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>*Defendant* | )<br>)<br>) Civil Action No. 3:17-CV-0247<br>)<br>) (Chief Judge Conner)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X  other:  JUDGMENT be and is hereby ENTERED in favor of defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security, and against plaintiff JODY MARIE LUTZ, as follows: The Commissioner's decision denying plaintiff JODY MARIE LUTZ's application for a period of disability, disability insurance benefits, and supplemental security income is AFFIRMED, in accordance with the court's order (Doc. 24), dated June 15, 2018.

This action was *(check one)*:

☐  tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge or Magistrate Judge _____ without a jury and the above decision

X  decided by Judge or Magistrate Judge     Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION (DIWC)

Date:     Jun 15, 2018                                    *CLERK OF COURT*   PETER WELSH, Acting Clerk of Court

                                                                    K. McKinney

                                                                    *Signature of Clerk or Deputy Clerk*